**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BUBBLEGUM STUFF, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO. 1:23-CV-16562 |

# **<u>EXHIBIT 1</u>**

BUBBLEGUM STUFF, LTD.
v.
THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A

**EXHIBIT 1**                                                                                                  **TRADEMARK REGISTRATION**

# United States of America
## United States Patent and Trademark Office

# PLANT LIFE SUPPORT

**Reg. No. 7,097,255**      BUBBLEGUM STUFF LTD (UNITED KINGDOM limited company (ltd.) )
**Registered Jul. 04, 2023**     Studio 13 Riverside Building, 55 Trinity
**Int. Cl.: 11**                 LONDON, UNITED KINGDOM E140FP

**Trademark**              CLASS 11: Irrigation spray nozzles; Irrigation sprinklers; Dripper irrigation systems, comprised of emitters, irrigation fittings being valves, sprinklers, and spray nozzels

**Principal Register**      FIRST USE 11-15-2019; IN COMMERCE 11-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-376,059, FILED 04-22-2022



*Katherine Kelly Vidal*
Director of the United States
Patent and Trademark Office

