IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BUBBLEGUM STUFF LTD, | |
| Plaintiff, | Case No.: 23-cv-16562 |
| v. | |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Judge John J. Tharp, Jr. |
| | Magistrate Judge Jeannice W. Appenteng |
| Defendants. | |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Bubblegum Stuff LTD ("Bubblegum") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Bubblegum's Motion in part as follows.

This Court finds Bubblegum has provided notice to Defendants in accordance with the Temporary Restraining Order entered December 15, 2023, ECF No. 17 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that Bubblegum has provided a basis to conclude that Defendants have sold products bearing unauthorized copies of Bubblegum's federally registered copyrights (the "PLS Copyrights") and/or using infringing

and counterfeit versions of Bubblegum's federally registered trademarks (the "PLS Trademarks").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Bubblegum's previously granted Motion for Entry of a TRO establishes that Bubblegum has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Bubblegum will suffer irreparable harm if the injunction is not granted.

Specifically, Bubblegum has proved a *prima facie* case of trademark infringement because (1) the PLS Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the PLS Trademarks, and (3) Defendants' use of the PLS Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Bubblegum. Bubblegum has also proved a *prima facie* case of copyright infringement because it has demonstrated that (1) Bubblegum is the owner of the valid and enforceable PLS Copyrights, and (2) Defendants, without any authorization from Bubblegum, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivate works incorporating the PLS Copyrights. Furthermore, Defendants' continued and unauthorized use of the PLS Trademarks and the PLS Copyrights irreparably harms Bubblegum through diminished goodwill and brand confidence, damage to Bubblegum's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Bubblegum has an inadequate remedy at law. Moreover, the public

interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the PLS Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Bubblegum product or not authorized by Bubblegum to be sold in connection with the PLS Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the PLS Copyrights in any manner without the express authorization of Bubblegum;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Bubblegum product or any other product produced by Bubblegum, that is not Bubblegum's or not produced under the authorization, control, or supervision of Bubblegum and approved by Bubblegum for sale under the PLS Trademarks;

    d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Bubblegum, or are sponsored by, approved by, or otherwise connected with Bubblegum; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Bubblegum, nor authorized by

   Bubblegum to be sold or offered for sale, and which bear any of Bubblegum's trademarks or copyrights, including the PLS Trademarks and the PLS Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Bubblegum's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Bubblegum expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts and Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Bubblegum's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods bearing the PLS Copyrights or using the PLS Trademarks.

6. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Bubblegum may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Foshan Bifuyi Trading Co., Ltd. and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from domain name registrars or payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Bubblegum's Complaint (ECF No. 7) and Exhibits 1-3 thereto (ECF Nos. 7-1, 7-2, 7-3), including Schedule A to the Complaint (ECF No. 7-3), Motion for TRO, Wood

Declaration and all exhibits thereto (ECF No. 13), and the TRO (ECF No. 17) are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $148,000 bond posted by Bubblegum shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Date: January 12, 2024

John J. Tharp, Jr.
United States District Judge

# Schedule A

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 1 | Foshan Bifuyi Trading Co., Ltd. | furryfriends.en.alibaba.com |
| 2 | Shenzhen Victory Coming Household Product Co., Ltd. | victorycoming.en.alibaba.com |
| 3 | Changzhou Wejump Safety Co., Ltd. | wejump.en.alibaba.com |
| 4 | Hebei Yimuyuan Water Saving Technology Co., Ltd. | yimuyuan.en.alibaba.com |
| 5 | Write Memories Store | aliexpress.com/store/1101280274 |
| 6 | 1999 Store | aliexpress.com/store/1101419856 |
| 7 | China Town Store | aliexpress.com/store/1101695449 |
| 8 | Anju tribe Store | aliexpress.com/store/1101769434 |
| 9 | Online-Home Party Store | aliexpress.com/store/1101783167 |
| 10 | House Global Supplies Store | aliexpress.com/store/1101918402 |
| 11 | Shop1102311785 Store | aliexpress.com/store/1102310795 |
| 12 | Shop911424543 Store | aliexpress.com/store/1102726828 |
| 13 | Better Choice Life Store Store | aliexpress.com/store/1102753637 |
| 14 | Lucky - Home Decoration And Tool Shop Store | aliexpress.com/store/1102774044 |
| 15 | JIA JIA Global Store | aliexpress.com/store/1102854358 |
| 16 | Mx Home Store | aliexpress.com/store/1102912640 |
| 17 | Shop1103204324 Store | aliexpress.com/store/1103202307 |
| 18 | Our good times | aliexpress.com/store/1101045794 |
| 19 | furnishing Store | aliexpress.com/store/1101101591 |
| 20 | Satisfaction shop | aliexpress.com/store/1101210890 |
| 21 | Bring You Love Store | aliexpress.com/store/1101213418 |
| 22 | Gardening Tool Store | aliexpress.com/store/1101493404 |
| 23 | Duoyingduo Store | aliexpress.com/store/1101528087 |
| 24 | Home-Deco&Impr Set2 Store | aliexpress.com/store/1101591884 |
| 25 | Jennifer's Garden Store | aliexpress.com/store/1101642970 |
| 26 | Is Sunflowers Store | aliexpress.com/store/1101732713 |
| 27 | YaYa-Pet Decor Store | aliexpress.com/store/1101737143 |
| 28 | 1541251707ervg Store | aliexpress.com/store/1101738215 |
| 29 | 001 My Goods dropshipping Store | aliexpress.com/store/1101785075 |
| 30 | Green Gardenlife Store | aliexpress.com/store/1101798487 |
| 31 | WTT-0011 Store | aliexpress.com/store/1101834294 |
| 32 | A Wonderfully Store | aliexpress.com/store/1101867222 |
| 33 | Funnyhome Dropship Store | aliexpress.com/store/1101935354 |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 34 | tianxiashanhe01 Store | aliexpress.com/store/1102011911 |
| 35 | Galaxy Prosperity-Gardening Store | aliexpress.com/store/1102047213 |
| 36 | Gardenlife Store | aliexpress.com/store/1102047882 |
| 37 | VIGOR HOME Store | aliexpress.com/store/1102337796 |
| 38 | Happy Home Household Store | aliexpress.com/store/1102341452 |
| 39 | Shop1102424941 Store | aliexpress.com/store/1102435021 |
| 40 | Global Trade Home Store | aliexpress.com/store/1102603322 |
| 41 | Shop1102718158 Store | aliexpress.com/store/1102720182 |
| 42 | elesimple | amazon.com/sp?seller=A13NODGD289YDQ |
| 43 | taoxinobm | amazon.com/sp?seller=A19FG4XRE4WVV2 |
| 44 | JIUYEKEW US | amazon.com/sp?seller=A1BDK2OUIGJ4XA |
| 45 | Three oak trees | amazon.com/sp?seller=A1CC7GJ0VZ92ND |
| 46 | minchun shope | amazon.com/sp?seller=A1GOMKK4WSNHKV |
| 47 | YHZONE | amazon.com/sp?seller=A1PUO9M14FXUMT |
| 48 | Quinn Guy | amazon.com/sp?seller=A241C7XE2I2K0A |
| 49 | KINBOM Store | amazon.com/sp?seller=A24M55ADMJQEC9 |
| 50 | yyreach | amazon.com/sp?seller=A26V71CNIORKU |
| 51 | erichip | amazon.com/sp?seller=A274SZ0Q40YDBC |
| 52 | sirwolf2023 | amazon.com/sp?seller=A27JLGN59QFQMH |
| 53 | cuicui store | amazon.com/sp?seller=A2DWUBNB3Z60DF |
| 54 | BSRTOP-US | amazon.com/sp?seller=A2GU087KWN7J4H |
| 55 | Wope | amazon.com/sp?seller=A2IAELT73X2DQW |
| 56 | Somirow | amazon.com/sp?seller=A2JX0XCNBXIC4 |
| 57 | ZHONG ROY | amazon.com/sp?seller=A2M32LDHISYHL6 |
| 58 | sunny-lovely | amazon.com/sp?seller=A2NHURT305LF72 |
| 59 | BYNNIX | amazon.com/sp?seller=A2NP5Y3O1EKFXB |
| 60 | biaterd-US | amazon.com/sp?seller=A2P570E3VDLF3L |
| 61 | Atrusu Store | amazon.com/sp?seller=A2SMD5XT6TRS5O |
| 62 | wangguoxia823 | amazon.com/sp?seller=A31O8SSK2WEP9 |
| 63 | QIAN-PU | amazon.com/sp?seller=A33UEJW05W7IJL |
| 64 | JIAWONG | amazon.com/sp?seller=A34MKRSPC5OFPJ |
| 65 | JOHNNY1 | amazon.com/sp?seller=A37XIEHAD1MS0 |
| 66 | SoonHua Direct | amazon.com/sp?seller=A39SFJAEXY1S6W |
| 67 | jvfepsk | amazon.com/sp?seller=A3BMJ0XZFWT3F0 |
| 68 | XIAOjianjian | amazon.com/sp?seller=A3FASRZUUAH6WC |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 69 | AYOKANITY | amazon.com/sp?seller=A3FZSKSZOQ7OGI |
| 70 | jiangshang sport | amazon.com/sp?seller=A3I8XGPVAJEVOV |
| 71 | bozhoushizhuotiaoshangmao | amazon.com/sp?seller=A3JDEKF14ZZJIO |
| 72 | GSYYDSZX | amazon.com/sp?seller=A3NSEEXRMFDQVK |
| 73 | Corillon | amazon.com/sp?seller=A3V4WLYY5M7W85 |
| 74 | Herlloy | amazon.com/sp?seller=A3VPP7J0858G9G |
| 75 | Boert | amazon.com/sp?seller=AKZUQBRALSA7S |
| 76 | Jonercey | amazon.com/sp?seller=AM28U4LJBMGBV |
| 77 | Dedalan | amazon.com/sp?seller=AMRCG6T4XM0QJ |
| 78 | ZUOLUN Official US | amazon.com/sp?seller=ARD0WSK1JD79O |
| 79 | Miller Center | amazon.com/sp?seller=AT2UMUNHS9IBG |
| 80 | JBB Outdoor Store | amazon.com/sp?seller=AVSY2U4QH07IZ |
| 81 | Coulomb store | amazon.com/sp?seller=AWKPSOYICQD4O |
| 82 | zgangs | amazon.com/sp?seller=AX6K7W5NPESET |
| 83 | wuzhiH | amazon.com/sp?seller=AXQL7CWAETP5Z |
| 84 | JIN HONG JIA | amazon.com/sp?seller=AYT3631BZLKH3 |
| 85 | leginyi Store | dhgate.com/store/21635298 |
| 86 | lonyeebaba Store | dhgate.com/store/21647539 |
| 87 | 2013xoxo876 | ebay.com/usr/2013xoxo876 |
| 88 | Bacevici | ebay.com/usr/bacevici75 |
| 89 | business0621 | ebay.com/usr/business0621 |
| 90 | cckobe | ebay.com/usr/cckobe |
| 91 | chenru64 | ebay.com/usr/chenru64 |
| 92 | davidson-75 | ebay.com/usr/davidson-75 |
| 93 | goldenmall2017 | ebay.com/usr/goldenmall2017 |
| 94 | hayer-11 | ebay.com/usr/hayer-11 |
| 95 | i-brainy | ebay.com/usr/i-brainy |
| 96 | jewelleri | ebay.com/usr/jewelleri |
| 97 | minishopstore | ebay.com/usr/minishopstore |
| 98 | mount_8461 | ebay.ie/usr/mount_8461 |
| 99 | newdeparture | ebay.com/usr/newdeparture |
| 100 | nirabe_0 | ebay.com/usr/nirabe_0 |
| 101 | PCRoar | ebay.com/usr/pcroar2018 |
| 102 | power-ful | ebay.com/usr/power-ful |
| 103 | zezzobrand | ebay.com/usr/zezzobrand |

| NO. | DEFENDANT / SELLER ALIAS | MARKETPLACE URL |
|---|---|---|
| 104 | JustPlantsNThings | etsy.com/shop/JustPlantsNThings |
| 105 | Suzhouyinshimaoyiyouxiangongsi | fruugo.us/suzhouyinshimaoyiyouxiangongsi/m-16115 |
| 106 | CosyZoneHome&Living General | us.shein.com/store/home?store_code=8612063173 |
| 107 | greencorner | greencorner.ca |
| 108 | majestyandfriends | majestyandfriends.com |
| 109 | softcosts | softcosts.com.au |
| 110 | Hbitsae | temu.com/m-19553478715.html |
| 111 | Zoylofg | temu.com/m-2631310001633.html |
| 112 | Judelike | temu.com/m-339191761556.html |
| 113 | RR Beauty | temu.com/m-4014257449393.html |
| 114 | Miya bay | temu.com/m-5315589922629.html |
| 115 | LESER | temu.com/m-634418210277911.html |
| 116 | Tool House | temu.com/m-708600288429.html |
| 117 | YiGuangTong STORE | walmart.com/reviews/seller/101094446 |
| 118 | FEIXINXIN STORE | walmart.com/reviews/seller/101110441 |
| 119 | Hengxinshuo | walmart.com/reviews/seller/101220228 |
| 120 | Shaoke Store | walmart.com/reviews/seller/101222076 |
| 121 | abatement | walmart.com/reviews/seller/101232888 |
| 122 | POPLIS Co.Ltd | walmart.com/reviews/seller/101232930 |
| 123 | acelit | walmart.com/reviews/seller/101240020 |
| 124 | Qianzhuo Store | walmart.com/reviews/seller/101240933 |
| 125 | Likede Store | walmart.com/reviews/seller/101242576 |
| 126 | Guanlan | walmart.com/reviews/seller/101246735 |
| 127 | Caiboxing | walmart.com/reviews/seller/101272472 |
| 128 | GUANGNAN Technology Co., Ltd. | walmart.com/reviews/seller/101300508 |
| 129 | Yixin Store | walmart.com/reviews/seller/101302660 |
| 130 | YUANXIAO | walmart.com/reviews/seller/101304879 |
| 131 | Zhijielin Store | walmart.com/reviews/seller/101308515 |
| 132 | Enjoybuyer | walmart.com/reviews/seller/101309438 |
| 133 | Mingjingbo | walmart.com/reviews/seller/101331139 |
| 134 | ShunSuo | walmart.com/reviews/seller/101496467 |
| 135 | LHCER STORE | walmart.com/reviews/seller/101078489 |
| 136 | Caiboxing | walmart.com/reviews/seller/101136642 |
| 137 | Junhui Trading Co., Ltd | walmart.com/reviews/seller/101253947 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 138 | Hongzhi Store | walmart.com/reviews/seller/101302558 |
| 139 | Wanghero | walmart.com/reviews/seller/101302606 |
| 140 | chibert2017 | wish.com/merchant/5846d28b6339b4290f2c2c78 |
| 141 | Joybuy Seller 1 | walmart.com/seller/18988 |
| 142 | Joybuy Seller 2 | walmart.com/seller/18988 |
| 143 | Joybuy Marketplace(Selection) Seller 1 | walmart.com/seller/101087374 |
| 144 | Joybuy Marketplace(Selection) Seller 2 | walmart.com/seller/101087374 |
| 145 | Joybuy America Seller 1 | walmart.com/seller/101001636 |
| 146 | Joybuy Seller 3 | walmart.com/seller/18988 |
| 147 | Joybuy Marketplace(Selection) Seller 3 | walmart.com/seller/101087374 |
| 148 | Joybuy Fashion Seller 1 | walmart.com/seller/101118004 |