UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BUBBLEGUM STUFF LTD,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | CASE NO.: 1:23-CV-16562<br><br>JUDGE JOHN J. THARP, JR.<br><br>MAGISTRATE JUDGE JEANNICE W. APPENTENG |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A of the Complaint:

| DEF. NO. | DEFENDANT NAME |
|---|---|
| 8 | Anju tribe Store |
| 42 | elesimple |
| 44 | JIUYEKEW US |
| 46 | minchun shope |
| 49 | KINBOM Store |
| 50 | yyreach |
| 51 | erichip |
| 54 | BSRTOP-US |
| 60 | biaterd-US |
| 61 | Atrusu Store |
| 64 | JIAWONG |
| 70 | jiangshang sport |
| 77 | Dedalan |
| 90 | cckobe |
| 97 | minishopstore |
| 99 | newdeparture |

| | |
|---|---|
| 111 | Zoylofg |
| 112 | Judelike |
| 117 | YiGuangTong STORE |
| 118 | FEIXINXIN STORE |
| 119 | Hengxinshuo |
| 120 | Shaoke Store |
| 124 | Qianzhuo Store |
| 125 | Likede Store |
| 126 | Guanlan |
| 128 | GUANGNAN Technology Co., Ltd. |
| 129 | Yixin Store |
| 130 | YUANXIAO |
| 131 | Zhijielin Store |
| 132 | Enjoybuyer |
| 133 | Mingjingbo |
| 135 | LHCER STORE |
| 138 | Hongzhi Store |
| 142 | Joybuy Seller 2 |
| 143 | Joybuy Marketplace(Selection) Seller 1 |
| 144 | Joybuy Marketplace(Selection) Seller 2 |
| 145 | Joybuy America Seller 1 |

Dated: March 7, 2024

Respectfully submitted,

*/s/ Ann Marie Sullivan*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: am.sullivan@scip.law

***ATTORNEYS FOR PLAINTIFF***