UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BUBBLEGUM STUFF LTD, <br><br> PLAINTIFF, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> DEFENDANTS. | CASE NO.: 1:23-CV-16562 <br><br> JUDGE JOHN J. THARP, JR. <br><br> MAGISTRATE JUDGE JEANNICE W. APPENTENG |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A:

| DEF. NO. | DEFENDANT NAME |
|---|---|
| 48 | Quinn Guy |
| 55 | Wope |
| 56 | Somirow |
| 57 | ZHONG ROY |
| 74 | Herlloy |
| 76 | Jonercey |
| 66 | SoonHua Direct |

Dated: March 19, 2024

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***