**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BUBBLEGUM STUFF LTD,<br><br>PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>DEFENDANTS. | CASE NO.: 1:23-CV-16562<br><br>JUDGE JOHN J. THARP, JR.<br><br>MAGISTRATE JUDGE JEANNICE W. APPENTENG |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, with prejudice, as to the following Defendants identified on Schedule A of the Complaint:

| DEF. NO. | DEFENDANT NAME |
|---|---|
| 2 | Shenzhen Victory Coming Household Product Co., Ltd. |
| 75 | Boert |
| 141 | Joybuy Seller 1 |

Dated: March 29, 2024

Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***